**POWER SPECIALTY COMPANY, Plaintiff-Appellee, v. CONNECTICUT LIGHT & POWER COMPANY and B. F. Sturtevant Company, Defendants-Appellants.**

Circuit Court of Appeals, Second Circuit. April 1, 1929.

No. 242.

~ Charles Neave, of New York City, and Alfred H. Hildreth and Melvin R. Jenney, both of Boston, Mass., for appellants.

William G. McKnight, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs, on opinion of Thomas, J., in 27 F.(2d) 928.